## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Cheneil McCarter v. Bayer Corporation, et al.*          *No. 3:11-cv-12983-DRH-PMF*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 18, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:__/s/*Sara Jennings*_____
       **Deputy Clerk**

Dated:  March 19, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.19
14:26:21 -05'00'

APPROVED:
              CHIEF JUDGE
              U. S. DISTRICT COURT