UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 )  |

This Document Relates To:

*Cheneil McCarter v. Bayer Corporation, et al.*   No. *3:11-cv-12983-DRH-PMF*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 18, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
        **Deputy Clerk**

Dated:  March 19, 2013

APPROVED:

Digitally signed by David R. Herndon
Date: 2013.03.19 14:26:21 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT